### 299. DOWNEY *v.* FOGARTY.

HILL, C. J. In this case no error of law is complained of, and the verdict was fully authorized by the evidence. *Judgment affirmed.*

Complaint, from city court of Richmond county.—Judge Eve. December 15, 1906.

Submitted April 30,—Decided May 24, 1907.

*Samuel H. Myers, Wallace B. Pierce,* for plaintiff in error.

*D. G. Fogarty,* contra.